UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Angie Ancheta, et al. v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-13246-DRH |
| *Shontay Ackerson v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10283-DRH |
| *Andrea Baginski v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-12367-DRH |
| *Ashley Baker v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-13883-DRH |
| *Callie M. Ball v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-13875-DRH |
| *Megan Rae Berg v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11388-DRH |
| *Crystal Boroff v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-13880-DRH |
| *Danielle Calabrese v. Bayer Corp., et al.* | No. 3:10-cv-13371-DRH |
| *Denise Cudney v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10617-DRH |
| *Katie Donaldson v. Bayer Corp., et al.* | No. 3:11-cv-10486-DRH |
| *Rochelle Dougherty v. Bayer Corp., et al.* | No. 3:10-cv-11502-DRH |
| *Kaci Douglass v. Bayer Corp., et al.* | No. 3:11-cv-10487-DRH |

| | |
|---|---|
| *Heather Gibson v. Bayer Corp., et al.* | No. 3:11-cv-10654-DRH |
| *Kirsten Goodlett v. Bayer Corp., et al.* | No. 3:11-cv-10610-DRH |
| *Ashley Handy v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10036-DRH |
| *Tiffany Hansley v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-13195-DRH |
| *Kiona Harvey v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-13330-DRH |
| *Donna and Robert Hill, Jr. v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-13596-DRH |
| *Ryann Hofmann v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10299-DRH |
| *Tammy Holmes v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10515-DRH |
| *Kathy Hutchinson v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10540-DRH |
| *Mireya and Jeff Iannuzzi v. Bayer Corp., et al.* | No. 3:11-cv-11100-DRH |
| *Kassandra Keeling v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10044-DRH |
| *Geneva Kenner v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10208-DRH |
| *Michelle Kielman v. Bayer Corp., et al.* | No. 3:10-cv-13795-DRH |
| *Kara Kozaklewicz v. Bayer Corp., et al.* | No. 3:11-cv-11481-DRH |
| *Carley Lockhart v. Bayer Corp., et al.* | No. 3:11-cv-10609-DRH |
| *Melanie Lonczak v. Bayer Corp., et al.* | No. 3:11-cv-12753-DRH |
| *Angela Lorinchak v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10972-DRH |
| *Kristen Mangino v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-13358-DRH |

| | |
|---|---|
| *Danielle Mazur v. Bayer Corp., et al.* | No. 3:11-cv-10255-DRH |
| *Jessica McCaslin v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10621-DRH |
| *Ashley Moore v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10023-DRH |
| *Sarah Moseley v. Bayer Corp., et al.* | No. 3:11-cv-10454-DRH |
| *Tiffany Moses v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10536-DRH |
| *Clarissa Munoz v. Bayer Corp., et al.* | No. 3:11-cv-10519-DRH |
| *Maggie C. Murdock v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11867-DRH |
| *Cynthia New v. Bayer Corp., et al.* | No. 3:11-cv-10485-DRH |
| *Lauren M. Nolasco v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11928-DRH |
| *Kathleen Nold v. Bayer Corp., et al.* | No. 3:11-cv-12795-DRH |
| *Monica Ortiz v. Bayer Corp., et al.* | No. 3:11-cv-10418-DRH |
| *Vanessa Palomo v. Bayer Corp., et al.* | No. 3:11-cv-10065-DRH |
| *Jessica Rios v. Bayer Corp., et al.* | No. 3:11-cv-11008-DRH |
| *Joanne Roberts v. Bayer Corp., et al.* | No. 3:10-cv-12965-DRH |
| *Marsha Rucker v. Bayer Corp., et al.* | No. 3:11-cv-10270-DRH |
| *Mandy Schaible v. Bayer Corp., et al.* | No. 3:11-cv-12793-DRH |
| *Raven L. Smith v. Bayer Corp., et al.* | No. 3:11-cv-11637-DRH |
| *Ursula Smith v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-13400-DRH |
| *Kyrsten Unger v. Bayer Corp., et al.* | No. 3:11-cv-10210-DRH |
| *Rachel Warner v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-13879-DRH |


| | |
|---|---|
| *Melissa Watson v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-13193-DRH |
| *Michelle Whiting v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10286-DRH |
| *Heather Young v. Bayer Corp., et al.* | No. 3:11-cv-10672-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court on defendant's Motion to Dismiss with Prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the defendant's Motion to Dismiss entered on June 19, 2013, the above captioned cases are **DISMISSED with prejudice**.  Each party shall bear their own costs.

> **NANCY J. ROSENSTENGEL,**
> **CLERK OF COURT**
>
> BY:   /s/*Sara Jennings*
>          **Deputy Clerk**

Dated:  June 20, 2013

David R. Herndon
2013.06.20 14:58:47 -05'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT

4